UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.	CASE NUMBER: 8:08-Cr-372-T-30MAP

MELINDA N. JONES

_____/

ORDER REVOKING PROBATION
AND
JUDGMENT AND COMMITMENT

Pursuant to notice, a Final Revocation of Probation hearing was held in open court on June 1, 2009. The defendant appeared with counsel, Adam Allen, A.F.P.D.. Also present was the Probation Officer and Assistant United States Attorney Robert Mosakowski.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of Probation. The Court, therefore, **FINDS** that the defendant has substantially and materialy violated the terms and conditions of her Probation and that there is just cause for revocation of defendant's Probation. It is, therefore, **ORDERED AND ADJUDGED**:

1.	The Judgment of Probation entered herein on February 7, 2008, in the United States District Court, Western District of Texas, as to the above-named defendant is hereby **REVOKED**.

2.	The defendant, MELINDA N. JONES, is hereby committed to the custody of the

Bureau of Prisons for imprisonment for a period of TEN (10) DAYS.

**DONE AND ORDERED**, at Tampa, Florida, this 1st day of June, 2009.

_____
**MARK A. PIZZO**
**United States Magistrate Judge**